IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN W. BIRCH,**

**Plaintiff,**

**vs.**

**ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC,**

**Defendant.**                                              **No. 05-CV-191-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is the parties' joint stipulation of dismissal with prejudice. (Doc. 22.) Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**, a plaintiff may dismiss an action without order of the Court "by filing a stipulation signed by all parties who have appeared in the action." Such a stipulation has been filed and signed by counsel for both parties. (Doc. 22.) Accordingly, this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Signed this 13th day of March, 2006.

/s/       David   RHerndon
**United States District Judge**